```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __3/8/2022__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

APEX LOGISTICS INTERNATIONAL, INC., APEX MARITIME CO., INC., APEX MARITIME CO. (LAX), INC., APEX MARITIME CO. (ORD), INC., APEX SHIPPING CO., INC., FLEXPORT INTERNATIONAL, LLC, OREGON INTERNATIONAL AIR FREIGHT CO., d/b/a OIA GLOBAL, ROHLIG USA, LLC, EFL CONTAINER LINES ILC, CRANE WORLDWIDE LOGISTICS LLC, and DIMERCO EXPRESS (USA) CORP.,

                Plaintiffs,

-against-

M/V ONE APUS in rem, CHIDORI SHIP HOLDING LLC, JESSICA SHIP HOLDING S.A., NYK SHIPMANAGEMENT PTE LTD., OCEAN NETWORK EXPRESS PTE LTD., HAPAG-LLOYD AKTIENGESELLCHAFT, and HMM CO., LTD. f/k/a HYUNDAI MERCHANT MARINE CO., LTD.,

                Defendants.

22 Civ. 1815 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court intends to proceed under a master scheduling order for the cases steming from the losses on the M/V ONE APUS. However, this will occur once the Defendants in each case are given an opportunity to appear and motions for default, if appropriate, are filed. By **thirty (30) days after the execution of a waiver of service or thirty (30) days after service is completed, whichever is sooner**, the parties in this case shall file a joint letter containing: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s), (2) a brief description of any contemplated motions, (3) a statement informing the Court if a jury trial is being requested and the anticipated length of any trial, and (4) a statement informing the Court the prospect for settlement, including which form of alternative dispute resolution the parties which to engage in and when. The parties need not file a case management plan until further order by the Court.

    SO ORDERED.

Dated: March 8, 2022
       New York, New York

                                            ANALISA TORRES
                                        United States District Judge