

**COLLIER WALSH NAKAZAWA**

Collier Walsh Nakazawa LLP
One World Trade Center Suite 2370
Long Beach, CA 90831
T: +1 562 317 3300 | F: +1 562 317 3399
www.cwn-law.com

Alan Nakazawa
Alan.Nakazawa@cwn-law.com

November 3, 2022

**_VIA ECF_**

Hon. Paul A. Engelmayer
United States District Court
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *In re: One Apus Container Ship Incident on November 30, 2020*
  *1:22-md-03028-PAE (lead case)*
  **This Letter pertains to:**
  *Msig Mingtai Insurance Co. Ltd. v. Danmar Lines ltd., et a.l,* 21-cv-07994
  *Starr Indemnity & Liability Company, et al. v. Trust Freight Services, Inc., et al.,* 21-cv-09370
  *Travelers Property Casualty Company of America v. All-Ways Forwarding Int'l Inc., et al.,* 21-cv-09388
  *Navigators Management Company, Inc. v. Kintetsu World Express, Inc.,* 21-cv-09546
  *Hanesbrands Inc., et al. v. EFL Container Lines, LLC, et al.,* 21-cv-09858
  *De Well Container Shipping, Inc. v. M/V ONE APUS in rem, et al.,* 21-cv-09980
  *The People's Insurance Company of China (Hong Kong), Ltd. v. Damco International B.V., et al.,* 21-cv-10113
  *XL Insurance Company, et al. v. All-Ways Forwarding Int'l Inc., et al.,* 21-cv-10177
  *All-Ways Forwarding Int'l, Inc. v. M/V ONE APUS in rem, et al.,* 21-cv-10154
  *Atlantic Specialty Insurance Company v. All-Ways Forwarding Int'l Inc., et. al.,* 21-cv-10344
  *Federal Insurance Company a/s/o SJ Creations, Inc. v. Orient Express Container Co., Ltd.,* 21-cv-09975
  *C.H. Robinson International, Inc. d/b/a Christal Lines v. M/V ONE APUS, in rem, et al.,* 22-cv-05221
  *AIT Worldwide Logistics, Inc., et al. v. M/V ONE APUS, in rem, et al.,* 22-cv-05220
  *Damco International B.V., et al. v. The Motor Vessel ONE APUS, in rem, et al.,* 22-cv-05222
  *Apex Logistics International, Inc., et al. v. M/V ONE APUS, in rem, et al.,* 22-cv-01815

Collier Walsh Nakazawa LLP is a California limited liability partnership
with offices in Long Beach and Seattle

Hon. Paul A. Engelmayer
November 3, 2022
Page 2



Dear Judge Engelmayer,

    We are attorneys for Chidori Ship Holding LLC and Jessica Ship Holding SA, making restricted appearances as owners and bareboat charterers, respectively, of the M/V ONE APUS. As explained in more detail below, we write to inform the Court that we will be re-filing Answers in certain actions related to the subject multi-district litigation.

    Specifically, in checking the various dockets, we determined that Answers we timely filed in the 22-MD-3028 docket are not electronically linked to the underlying docket for which the Answer was intended. In speaking with the SDNY ECF Helpdesk, we learned that these Answers were not properly "spread" to the cases to which they corresponded with due to an error in the filing system, and therefore did not also appear on the corresponding, underlying dockets.

    In the short term, all of the parties should have received copies of our various Answers via ECF. Long term, if we do nothing to correct the dockets, certain dockets will be "incomplete." Based on our consultation with the SDNY ECF Helpdesk and a subsequent call to Your Honor's Clerk, we believe it is better to correct the various dockets now. Accordingly, we will re-file these Answers on the corresponding, underlying dockets. A copy of this letter will also be filed on these dockets to ensure that everyone understands why Answers are being filed again and will appear with two sets of timestamps.

//

//



If there are any questions, please do not hesitate to contact us. Otherwise, we thank Your Honor in advance for understanding.

Respectfully submitted,
Timothy Semenoro
Robert E. O'Connor
MONTGOMERY McCRACKEN WALKER &
RHOADS LLP
437 Madison Avenue
New York, New York 10022
Tel: (212) 867-9500
Email: tsemenoro@mmwr.com
rconnor@mmwr.com

and

  /s/ Alan Nakazawa
Alan Nakazawa
James I. H. Brooks
COLLIER WALSH NAKAZAWA LLP
*Pro Hac Vice*
One World Trade Center, Suite 2370
Long Beach, California 90831
Tel: (562) 317-3300
Email: alan.nakazawa@cwn-law.com
james.brooks@cwn-law.com

*Attorneys for Defendants*
*M/V ONE APUS in rem,*
*Chidori Ship Holding LLC,*
*Jessica Ship Holding SA, and*
*NYK Ship Management*

The Court has received counsels' letter and thanks them for it. SO ORDERED.

*Paul A. Engelmayer*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
PAUL A. ENGELMAYER
United States District Judge
November 4, 2022

CC by ECF to all counsel of record